Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Galus, Susan L

Printed: 03/03/09

Case Number:  08 B 18475
Judge:  Goldgar, A. Benjamin
Filed:  7/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  February 26, 2009
Confirmed:  September 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,530.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,429.02 |
| Trustee Fee: |  | 100.98 |
| Other Funds: |  | 0.00 |
| Totals: | 1,530.00 | 1,530.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 1,429.02 |
| 2. | HFC | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | HFC | Secured | 3,884.99 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 15,715.85 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 191.19 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 140.98 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 667.29 | 0.00 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 138.54 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 85.81 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 430.23 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 136.93 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 493.30 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 366.56 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 577.10 | 0.00 |
| 16. | Chase Bank USA NA | Unsecured | 58.22 | 0.00 |
| 17. | Barrington Square Impr Assoc | Secured |  | No Claim Filed |
| 18. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,886.99 | $ 1,429.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 100.98 |
|  | $ 100.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Galus, Susan L | Case Number: 08 B 18475 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed: 7/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*